**FILED**

JAN 3 1 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-017 |
| v. | : | MAGISTRATE NO. 07-0664M-01 |
| KENNETH LONGERBEAM, | : | VIOLATION: 18 U.S.C. §2423 (b) |
| Defendant. | : | (Interstate Travel to Engage in Illicit Sexual Conduct) |

HOGAN, C. J. TFH

A

# INFORMATION

The United States Attorney charges:

## COUNT ONE

1. On or about December 18, 2007, within the District of Columbia, the defendant, KENNETH LONGERBEAM, knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 28 U.S.C. §2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

   **(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

Case Related To: 08-007 (TFH)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: ___*John Cummings* /ama___
John Cummings
Assistant United States Attorney
Member Maryland Bar
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 514-7561
John.Cummings@usdoj.gov