AO 455 (Rev. 5/85)  Waiver of Indictment

FILED

h 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

Kenneth Longerbeam

WAIVER OF INDICTMENT

CASE NUMBER: 08-017

I, DANNY ONORATO , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  2/20/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer