MAR-05-2008 10:15   3539414      3539414   P.01/01

HONORABLE THOMAS F. HOGAN, UNITED STATES ...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 2008

CLERK
DISTRICT ...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **08-CR-00017** |
| vs. | : | |
| LONGERBEAM, Kenneth | : | Disclosure Date: **April 17, 2008** |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
- (✓) There are no material/factual inaccuracies therein.
- ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_[signature]_  5/4/08
Prosecuting Attorney     Date

### For the Defendant

(CHECK APPROPRIATE BOX)
- ( ) There are no material/factual inaccuracies therein.
- ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ _____  _____ _____
Defendant        Date     Defense Counsel  Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 30, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer