HONORABLE THOMAS F. HOGAN, UNITED STATES CHIEF JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>08-CR-00017</u> |
| vs. | : | |
| LONGERBEAM, Kenneth | : | Disclosure Date: <u>April 17, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 5/22/08       _____ 5/1/08
Defendant        Date        Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 30, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Chief
United States Probation Officer

Receipt and Acknowledgment                                          Page 2

PARAGRAPH 3 INDICATES THAT MR. LONGERBEAM AGREED TO "FORFEIT ALL INTERESTS IN PROPERTY SEIZED FROM HIS RESIDENCE." THE DEFENSE IS NOT AWARE OF PROPERTY BEING SEIZED FROM MR. LONGERBEAM'S RESIDENCE THAT THE GOVERNMENT IS SEEKING TO FORFEIT.

THE DEFENSE OBJECTS TO THE USE OF A COMPUTER ENHANCEMENT CONTAINED IN PARAGRAPH 14. THE DEFENSE WILL ADDRESS THIS ISSUE IN ITS SENTENCING MEMORANDUM.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 5/1/08